

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Maria Alicia Genovesi, Appellant

No. 06-23-00168-CR          v.

The State of Texas, Appellee

Appeal from the 198th District Court of Kerr County, Texas (Tr. Ct. No. B22467). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Genovesi was convicted of a third-degree felony. As modified, we affirm the judgment of the trial court.

We note that the appellant, Maria Alicia Genovesi, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 28, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk